Argued August 22, reversed and remanded for imposition of new sentence
October 2, 1978

STATE OF OREGON, *Respondent,*

*v.*

GERALD CURTIS ROGERS, *Appellant.*

(Nos. C 77-11-16431, C 76-12-16847,
C 77-04-06221, CA 10703)

584 P2d 369

James E. Mountain, Jr., argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Gregory A. Parker, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

The state correctly concedes that this case must be remanded for imposition of a new sentence under *State v. Bussey,* 34 Or App 535, 579 P2d 264 (1978). If a new hearing is held, *cf. State v. Franklin,* 36 Or App 413, 584 P2d 368 (1978), the other assignment of error may be mooted. If not, the issue may be raised thereafter.

Reversed and remanded for imposition of new sentence.